IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILHEMEINA MEHMI BAILEY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commission of Social Security,

    Defendant.

No. C 07-03222 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE